379 A.2d 590

Commonwealth v. Heldon, Appellant.

Submitted September 13, 1976. John C. Bonner, for appellant; Ernest J. Gazda, Jr., Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the sentence which had not been completed at the time the appeal was made a supersedeas.

379 A.2d 574

Commonwealth v. Helsel, Appellant.

Submitted November 8, 1976. James R. DiFrancesco, for appellant; Thomas G. Saylor, Jr., First Assistant District Attorney, and Frederick F. Coffroth, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.